[No. 55855-2-I.  Division One.  January 23, 2006.]

*In the Matter of the Dependency of* M.C.

TIMOTHY COLLINS, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-7-00407-8, Ronald L. Castleberry, J., entered February 10, 2005. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Ellington, J.

[No. 55921-4-I.  Division One.  January 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. R.A.N., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-03918-7, Philip G. Hubbard, Jr., J., entered March 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 32058-4-II.  Division Two.  January 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KAN YOU, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01988-7, Sergio Armijo, J., entered July 27, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 32160-2-II.  Division Two.  January 24, 2006.]

*In the Matter of the Marriage of* MYRON C. CORNETT, *Appellant,* and ALLISON M. CREIGHTON, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-3-00034-1, David E. Foscue, J., entered May 5, 2004. *Affirmed* by unpublished opinion per Bridgewater, J, concurred in by Van Deren, A.C.J., and Penoyar, J.